# NO. 12-23-00059-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *IN THE MATTER OF THE MARRIAGE OF DANIEL ALEXANDER BOUDREAU AND PATSY CARROLL DENMAN* | § | *APPEAL FROM THE 321ST* |
|  | § | *JUDICIAL DISTRICT COURT* |
|  | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

This appeal is being dismissed for failure to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).

A party who is not excused by statute or the appellate rules from paying costs must pay--at the time an item is presented for filing--whatever fees are required by statute or Texas Supreme Court order. TEX. R. APP. P. 5; *see* TEX. R. APP. P. 20.1. An appellate court may enforce Rule 5 by any order that is just. TEX. R. APP. P. 5. After giving ten days' notice, an appellate court may dismiss an appeal because the appellant failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. TEX. R. APP. P. 42.3(c).

On February 28, 2023, the Clerk of this Court notified Appellant, Daniel Alexander Boudreau, that the filing fee in this appeal is due and that the appeal would be subject to dismissal if the fee was not paid on or before March 10. The date for remitting the filing fee passed, and Appellant has not paid the fee or otherwise shown that he is excused from paying the fee.[1]

---

[1] The case information sheet from the Smith County District Clerk's Office reflects that Appellant was not declared indigent in the trial court.

Because Appellant failed, after notice, to comply with Rule 5, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).[2]

Opinion delivered March 22, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[2] We also note that Appellant has not filed the required docketing statement. *See* TEX. R. APP. P. 32.1.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 22, 2023**

**NO. 12-23-00059-CV**

**IN THE MATTER OF THE MARRIAGE OF
DANIEL ALEXANDER BOUDREAU
AND PATSY CARROLL DENMAN**

---

Appeal from the 321st District Court

of Smith County, Texas (Tr.Ct.No. 18-0941-D)

---

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*